**Order filed September 5, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00657-CV

_____

## IN THE INTEREST OF A.M.H-F., A.L.F., A.C.J.H-M., A.H.H. II., A.P.J.H-M. AKA A.C.H-M., CHILDREN

---

### On Appeal from the 310th District Court
### Harris County, Texas
### Trial Court Cause No. 2017-65076

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The notice of appeal was filed on August 22, 2019. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a).

The reporter's record was originally due September 3, 2018 (10 days after the notice of appeal was filed). *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). One court reporter, Leticia Tafolla, has filed her portion of the record. The other two reporters, **Leticia Salas** and **Angela Singleton**, have not filed their portions of the record.

Accordingly, we order **Leticia Salas** and **Angela Singleton** to file their portions of the reporter's record by **September 13, 2019**. If the record is not filed by that date, we will order the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Wise and Hassan.